JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Tyesha Mckeever,<br><br>        Plaintiffs,<br><br>vs.<br><br>Plaza Services, LLC,<br><br>        Defendant. | Case No.: 2:18-cv-07365-RSWL-SS<br><br>**STIPULATION OF DISMISSAL** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 4/11/2019                        s/ RONALD S.W. LEW

                                                     Judge: Ronald S. W. Lew